IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ERNESTINE CHING YOUNG, ET AL., Plaintiffs, vs. CITY AND COUNTY OF HONOLULU, ET AL., Defendants. | CIVIL NO. 07-00068 JMS-LEK<br>DISCOVERY ORDER |

**DISCOVERY ORDER**

The Court having reviewed the documents submitted for in camera review by Defendant City and County of Honolulu ("Defendant") on October 26, 2007 hereby finds that the following documents are not privileged or otherwise protected from discovery in the above-entitled action and therefore orders these documents to be produced in discovery by November 19, 2007:

000000654 - 000000660
000000826
000000833
000000840 - 000000841
000001227 - 000001234
000001759
000001762 - 000001768
000001305 - 000001310
000001317 - 000001320
000001325 - 000001336
000001340 - 000001344
000001347 - 000001350
000001359 - 000001364
000001443
000001783 - 000001787
000001854
000001873 - 000001874
000001876

000001910 - 000001929
000001933 - 000001935
000001937
000001939 - 000001942
000001953 - 000001957
000001969 - 000002011
000002014 - 000002069
000002091 - 000002092

The Court finds that the remainder of the documents submitted for in camera review are privileged and therefore protected from discovery for the privileges claimed by Defendant and as set forth in the analysis contained in the Court's Discovery Order filed October 9, 2007.

The documents submitted to the Court for in camera review, along with Defendant's Privilege Log, shall be filed under seal, in the event that these documents may need to be reviewed on appeal or for any other purpose by the trial or appellate court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, November 6, 2007.

/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**ERNESTINE CHING YOUNG, ET AL. V. CITY AND COUNTY OF HONOLULU, ET AL; CIVIL NO. 07-00068 JMS-LEK; DISCOVERY ORDER**