# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 07-00068JMS-LEK |
| CASE NAME: | Ernestine Ching Young, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | David A. Nakashima |
| ATTYS FOR DEFT: | Don S. Kitaoka<br>Kyle Ching |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 01/07/2008 | TIME: | 10:26-10:45 |

---

COURT ACTION: EP: Plaintiffs’ Motion to Compel Production of Documents - Arguments heard.

Motion taken under Advisement. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager