# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 07-00068JMS-LEK |
| CASE NAME: | Ernestine Ching Young, et al., vs. City and County of Honolulu |
| ATTYS FOR PLA: | David A. Nakashima<br>James Blaine Rogers<br>Lerisa L. Heroldt |
| ATTYS FOR DEFT: | Don S. Kitaoka<br>Kyle K. Chang<br>Jesse K. Souki<br>Brad Saito<br>James Mee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 04/20/2009 | TIME: | 9:35 - 10:30 |

COURT ACTION:  1) Motion for Partial Summary Judgment on Counts I and III of the First Amended Complaint [82]
2) Motion for Partial Summary Judgment on Counts I, II and III of Plaintiffs' First Amended Complaint Filed February 26, 2009 [102]

Arguments heard.

The Court GRANTS Defendant's Motion for Partial Summary Judgment on Counts I, II, III, DENIES Plaintiff's Motion for Partial Summary Judgment on Counts I and III, and DECLINES JURISDICTION over the remaining Counts. A written Order will follow.

The hearing date for the parties' remaining Motions for Partial Summary Judgment are VACATED, and the parties are instructed to collect from chambers the courtesy copies for those Motions.

Submitted by: Dottie Miwa, Courtroom Manager