IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERNESTINE CHING YOUNG, ET AL., | ) ) ) | CIV. NO. 07-00068 JMS/LEK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY & COUNTY OF HONOLULU, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on July 1, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 23, 2009.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge