IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHING YOUNG, ET AL., | ) | CV 07-00068 JMS LEK |
| | ) | |
| Plaintiffs, | ) | ORDER ADOPTING REPORT OF |
| | ) | SPECIAL MASTER |
| vs. | ) | ON PLAINTIFF'S OBJECTIONS |
| | ) | TO DEFENDANT CITY AND |
| CITY & COUNTY OF | ) | COUNTY OF HONOLULU'S |
| HONOLULU, | ) | AMENDED ITEMIZED BILL OF |
| | ) | COSTS |
| Defendant. | ) | |

_____

# ORDER ADOPTING REPORT OF SPECIAL MASTER
# ON PLAINTIFF'S OBJECTIONS TO DEFENDANT CITY AND COUNTY OF HONOLULU'S AMENDED ITEMIZED BILL OF COSTS

Findings and Recommendation having been filed and served on all parties on December 2, 2009, and no objections having been filed by any party,

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 30, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge